AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| United States of America<br>v.<br>Muhammad Abdulqadir Omar | )<br>)<br>)<br>)<br>)<br>) | Case No.  26-cr-92 (MJD/DLM) |
| _____<br>*Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Muhammad Abdulqadir Omar                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          Superseding Indictment          Information          Superseding Information          Complaint

   Probation Violation Petition          Supervised Release Violation Petition          Violation Notice          Order of the Court

This offense is briefly described as follows:                                          Pretrial Release Violation Petition

 Count 1 - Conspiracy to Commit Health Care Fraud, 18:1349;
 Counts 2-5 - Health Care Fraud, 18:1347 and 2.

Date:  5/12/2026                                                          _____
                                                                                 *Issuing officer's signature*

City and state:    Minneapolis, Minnesota                            Kate M. Fogarty, Clerk of Court
                                                                                 *Printed name and title*

---

### Return

        This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*    _____ .

Date:  _____                              _____
                                                                                 *Arresting officer's signature*

                                                                     _____
                                                                                 *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____