UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-00092 (KMM/DLM)

UNITED STATES OF AMERICA,

       Plaintiff,                  **<u>UNDER SEAL</u>**

  v.                       **MOTION TO UNSEAL**

MUHAMMAD ABDULQADIR OMAR,
and IBRAHIM BASHIR ABDI,

       Defendants.

The United States of America hereby moves the Court for an order to unseal the above-captioned matter as well as the Indictment in that matter.

When the Indictment was filed on May 12, 2026, the Government moved that it be sealed. The previous basis for keeping this matter sealed is no longer necessary.

Accordingly, the government respectfully requests that the Court issue an order to unseal the above-captioned matter, including the Indictment.

Dated:  May 20, 2026               Respectfully Submitted,

                                 DANIEL N. ROSEN
                                 United States Attorney

                                 *s/Matthew C. Murphy*
BY:   MATTHEW C. MURPHY
        Assistant U.S. Attorney
        600 U.S. Courthouse
        300 South Fourth Street
        Minneapolis, MN 55415
        Office: (612) 253-0984
        MN Atty ID: 0391948
        Matthew.Murphy2@usdoj.gov