**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-cr-92 (KMM/DLM) |
| | ) | Date: May 22, 2026 |
| Muhammad Abdulqadir Omar (1), | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 8E |
| Defendant. | ) | Time Commenced: 1:42 p.m. |
| | ) | Time Concluded: 1:54 p.m. |
| | ) | Time in Court: 12 Minutes |

APPEARANCES:

Plaintiff:     Matthew Murphy, Assistant U.S. Attorney
Defendant:     Aaron Morrison, Assistant Federal Defender
          X FPD          X To be appointed


Date Charges Filed: May 12, 2026          Offense: Conspiracy to commit health care fraud; aiding and abetting health care fraud

          X Advised of Rights

on     X Indictment

X Government moves for a detention hearing.
X The defendant has a right to a hearing under 3142(f)(2). Defense requests continuance of the hearing.   X Granted.
X The Court finds a 3142(f)(2) hearing authorized, temporary detention ordered pending the next hearing after the agreed upon continuance.

Next appearance date is Wednesday, May 27, 2026, at 10:00 A.M. before U.S. Magistrate Judge Elsa M. Bullard in courtroom 8E (MPLS) for:
          X 3142(f)(2) Hearing          X Detention Hearing          X Arraignment


Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read.
If Government's motion for detention hearing is granted at the 3142(f)(2) hearing,
it will proceed to a detention hearing.

s/gep
Signature of Courtroom Deputy
