

**RECEIPT NO: A607-3**

**DATE: 13 / 05 / 2025**

## RSUN PROPERTIES GROUP LIMITED

Gatundu Road. Kileleshwa, Nairobi

P.O.BOX 59431-00200

Tel: +254 758058888,

Email: sales@rsunproperty.net

**Received From:** __Muhammad Abdul Qadir Omar__

**Amount:** Kenya Shillings Six Million Two Hundred And Fifty-One Thousand One Hundred And Thirty-Three Only (Ksh. 6,251,133 ) for Blossom Ivy Residence A607

**Received with thanks.**

**Rsun Properties Group Limited**

**Payment Records:**

| Date | Payment Method | Amount |
|---|---|---|
| 2025-05-13 | Transfer | USD 48,372/Rate:129.2304 |
| **Total Payment Received** | | **Ksh 10,043,241** |
| **Balance** | | **Ksh 0** |

Scanned with

CamScanner