AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ibrahim Bashir Abdi (2) | ) | |
| c/o Ryan Pacyga | ) | Case No. 26-cr-92 KMM/DLM |
| 860 Blue Gentian Road | ) | |
| Suite 175 | ) | |
| Minnetonka, MN 55121 | ) | |
| | ) | |
| *Defendant* | | |

**RECEIVED**

MAY 2 9 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## AMENDED SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information    [ ] Complaint

[ ] Pretrial Violation Petition    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition

[ ] Violation Notice    [ ] Order of Court

| Place: Diana E. Murphy U.S. Courthouse 300 South Fourth Street Minneapolis, MN 55415 | Courtroom No.: 9E |
|---|---|
| | Before:   Magistrate Judge Elsa M. Bullard |
| | Date and Time: June 4, 2026, at 1:30 PM |

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Health Care Fraud, 18:1349
Counts 2-4: Health Care Fraud, 18:1347 and 2

Date:      05/21/2026

_Issuing officer's signature_

Kate M. Fogarty, Clerk of Court
_Printed name and title_

---

I declare under penalty of perjury that I have:

[X] Executed and returned this summons          [ ] Returned this summons unexecuted

Date:   5-29-2029

_Server's signature_

J. Leavy    Dusay
_Printed name and title_



SCANNED
MAY 2 9 2026
U.S. DISTRICT COURT MPLS

Case No. 26-cr-92 KMM/DLM

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender: _Ibrahim Abdi_

**RECEIVED**

MAY 2 9 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

**PROOF OF SERVICE**

This summons was received by me on *(date)* _5-26-2026_

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* _Tom King, Pacyga Trial Lawyers_
who is authorized to receive service of process on behalf of *(name of organization)* _Ibrahim Abdi_
_____ on *(date)* _5-29-2026_ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _5-29-2026_

_____
*Server's signature*

_T. Levey   DUSM_
*Printed name and title*

Remarks:

Served email Tom@arrestedmn.com