**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 26-cr-00092 (KMM/DLM)**

United States of America,

                         Plaintiff,                              **NOTICE OF JOINT**

v.                                                       **APPEARENCE**

Ibrahim Bashir Abdi,

                         Defendant.

The undersigned attorneys hereby notify the Court and counsel that Ryan Pacyga and Marie Pacyga shall appear as counsel of record for Defendant Ibrahim Abdi in this case.

Respectfully submitted,

**PACYGA TRIAL LAWYERS**

Dated:  June 2, 2026          By:             <u>/s/Ryan M. Pacyga & Marie C Pacyga</u>
                                                Ryan M. Pacyga (#321576)
                                                  Marie C. Pacyga (#391493)
                                                  860 Blue Gentian Rd., Ste. 175
                                                  Saint Paul, MN 55121
                                                  612-339-5844 (phone)
                                                  *E-mail:  [Ryan@ArrestedMN.com](mailto:Ryan@ArrestedMN.com)*
                                                    *E-mail: [Marie@ArrestedMN.com](mailto:Marie@ArrestedMN.com)*
                                                    *Attorneys for Defendant*