**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

        Plaintiff,

v.

Muhammad Abdulqadir Omar (1),
Ibrahim Bashir Abdi (2),

        Defendants.

No. 26-cr-92 (KMM/DLM)

**AMENDED ARRAIGNMENT**
**ORDER**

---

This matter is before the Court on the Government's Unopposed Motion for Extension of Arraignment Order Deadlines and to Exclude Time (Doc. 27), which seeks an extension of deadlines in the Arraignment Order (Doc. 21) and to exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, counsel for the government indicates that additional time is needed to produce and review the voluminous discovery in this matter. The motion is not opposed by the Defendants. Having reviewed the motion and finding good cause,

**IT IS HEREBY ORDERED** that the Government's Unopposed Motion for Extension of Arraignment Order Deadlines and to Exclude Time (Doc. 27) is **GRANTED** as follows:

1. The Government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **August 3, 2026**. D. Minn. LR 12.1(a)(1). To avoid the need for a recess of the Motions Hearing, the Government is requested to make all

disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h) by **August 3, 2026**.

2. Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **August 10, 2026**. D. Minn. LR 12.1(a)(2).

3. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **August 17, 2026**.

4. **Counsel must electronically file a letter on or before August 17, 2026, if no motions will be filed and there is no need for hearing**.

5. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **August 31, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **September 8, 2026**, in accordance with Local Rule 12.1(c)(3)(B).

7. The motions hearing currently scheduled for **July 13, 2026, is CANCELED**.

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, a motions hearing will be held before Magistrate Judge Douglas L. Micko on **September 17, 2026, at 2:00 p.m.**, in Courtroom 6B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.

10. An Arraignment for Muhammad Abdulqadir Omar will be held at the time of the motions hearing.

11. The parties will receive the remaining dates relating to trial by separate order.

12. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial.  This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents.  Accordingly, the period of time from **May 27, 2026 to September 14, 2026**, shall be excluded from the Speedy Trial Act computations in this case.

DATED:  June 4, 2026

_s/Douglas L. Micko_
DOUGLAS L. MICKO
United States Magistrate Judge