UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-92 (KMM/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUHAMMAD ABDULQADIR OMAR,
AND IBRAHIM BASHIR ABDI,

Defendants.

**GOVERNMENT'S OPPOSITION TO DEFENDANT MUHAMMAD OMAR'S MOTION FOR REVIEW OF DETENTION ORDER**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, Matthew Murphy, Assistant United States Attorney, and Matthew R. Belz of the Health Care Fraud Section, National Fraud Enforcement Division, hereby files the following opposition to Defendant Muhammad Omar's Motion for Review of the Detention Order ("Motion"). (D.E. 45.)

Defendant Omar's Motion should be denied because the reasons for the Court's Detention Order (D.E. 22) remain unchanged. Defendant's leg injury does not eliminate his propensity to flee; Defendant was able to flee to his cousin's house immediately after sustaining the injury and before receiving treatment. (*Id.* at 2.) The government believes that Defendant Omar still has significant ties to Somalia, including his parents and a child from a previous relationship who live there. (*Id.*) Defendant was not forthright with the Pretrial Services Officer about his international travel and the status of his passport, (*id.*) and the Court rejected Defendant's previous offer to surrender his passport because he could obtain

another one to flee. While Defendant Omar has made efforts to liquidate his property in Nairobi, Kenya, he still owns the property and could potentially flee to Kenya to reside there. (*Id.*) Finally, despite his guilty plea and acceptance of responsibility for the underlying crimes, Defendant still has an incentive to flee before being sentenced for those serious crimes. (*Id.*) Thus detention is still justified to assure Defendant's appearance at sentencing. (*Id.*)

Defendant Omar's Motion should also be denied because he was recently seen by an orthopedist, who requested that Defendant Omar see a physical therapist to begin physical therapy during detention. (Belz Decl. at ¶¶ 2-3.) Thus, Defendant Omar can receive physical therapy at Sherburne County Jail that he believes he can only access from home.

Accordingly, the government respectfully requests that the Court deny Defendant Omar's Motion.

Dated: September 28, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Matthew Murphy*
BY: MATTHEW MURPHY
Assistant United States Attorney
MATTHEW R. BELZ
Trial Attorney
United States Department of Justice
National Fraud Enforcement Division,
Health Care Fraud Section