UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-92 (KMM/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUHAMMAD ABDULQADIR OMAR,
AND IBRAHIM BASHIR ABDI,

Defendants.

**DECLARATION OF MATTHEW BELZ IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT MUHAMMAD OMAR'S MOTION FOR REVIEW OF DETENTION ORDER**

I, Matthew R. Belz, declare as follows:

1. I am a Trial Attorney in the Health Care Fraud Section of the National Fraud Enforcement Division of the United States Department of Justice. I represent the government in this case.

2. On September 25, 2026, and September 28, 2026, I emailed with the Supervisory Deputy of the Minneapolis U.S. Marshals Service to obtain information concerning Defendant Muhammad Omar's detention at Sherburne County Jail ("Sherburne").

3. The Deputy Marshal forwarded me an email from the Director of Nursing at Sherburne, who stated that Defendant Omar was seen by an orthopedist. The Nurse stated that the orthopedist requested that Defendant Omar see a physical therapist to begin physical therapy for his leg at Sherburne.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Sacramento, California, on September 28, 2026.

Matthew Belz

MATTHEW R. BELZ